**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Bluford, Michelle | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 9082 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>5029 S Justine<br>Chicago, IL 60609 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: Cook | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | Attorney: Steven A. Leahy, 6273453<br>The Law Office of Steven A. Leahy<br>150 North Michigan Ave<br>Suite 1100<br>Chicago, IL 60601   ph: 312-664-6649 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ☑ Individual(s)
- ☐ Corporation
- ☐ Partnership
- ☐ Other _____
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13
- ☐

**Nature of Debts** (Check one box)
- ☑ Consumer/Non-Business
- ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 31557

**(Official Form 1)(10/05)** FORM B1, Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | **Name of Debtor(s):** <br> Michelle Bluford |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  NONE | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:  NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Michelle Bluford
Signature of Debtor

X  _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

Oct. 12, 2005
Date

**Signature of Attorney**

X  /s/ Steven A. Leahy
Signature of Attorney for Debtor(s)

STEVEN A. LEAHY  6273453
Printed Name of Attorney for Debtor(s)

The Law Office of Steven A. Leahy
Firm Name

150 North Michigan Ave
Address

Suite 1100    Chicago, IL 60601

312-664-6649
Telephone Number

Oct. 12, 2005
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  /s/ Steven A. Leahy          Oct. 12, 2005
Signature of Attorney for Debtor(s)    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X  _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

| | | |
|---|---|---|
| ADVOCATE CHRIST MEDICAL CENTER<br>PO BOX 3597<br>PHYSICIANS BILLING<br>SPRINGFIELD, IL 62708-3597 | ALLIED INTERSTATE<br>PO BOX 361445<br>COLUMBUS OH 43236 | AMERICAN GENERAL FINAN<br>3215 W 95TH ST<br>EVERGREEN PARK, IL 60805 |
| APPLIED CARD BANK<br>PO BOX 15371<br>WILMINGTON, DE 19850 | ASSET ACCEPTANCE LLC<br>PO BOX 2038<br>WARREN, MI 48090 | AT&T DIGITAL PHONE SERVICE<br>PO BOX 944040<br>MAITLAND FL 32794-4040 |
| BANKFIRST<br>1509 W 41ST ST<br>SIOUX FALLS, SD 57105 | BARONS CREDITORS SERVICE<br>155 REVERE DR<br>NORTHBROOK, IL 60062 | BUREAU OF COLLECTION REC<br>7575 CORPORATE WAY<br>EDEN PRAIRIE, MN 55344 |
| CAP ONE BK<br>PO BOX 85520<br>RICHMOND, VA 23285 | CENTRAL CREDIT UN OF I<br>1001 MANNHEIM RD<br>BELLWOOD, IL 60104 | CHASE<br>800 BROOKSEDGE BLVD<br>WESTERVILLE, OH 43081 |
| CHRIST HOSPITAL A;ND MEDICAL CENTER<br>4440 W. 95TH ST.<br>OAK LAWN, IL 60453 | CHRSIT HOSPITAL AND MEDICAL CENTER<br>4440 W. 95TH ST.<br>OAK LAWN, IL 60453 | CITI<br>PO BOX 6241<br>SIOUX FALLS, SD 57117 |
| COLLECTION COMPANY OF<br>700 LONGWATER DR<br>NORWELL, MA 02061 | DIRECT MERCHANTS BANK<br>PO BOX 43730<br>BALTIMORE, MD 21236 | DIVERSSIFIELD ADJUSTMENT SERVICE, INC.<br>PO BOX BOX 32145<br>FRIDLEY, MN 55432 |
| FASHION BUG/SOANB<br>1103 ALLEN DR<br>MILFORD, OH 45150 | FINGERHUT CREDIT ADVAN<br>53 MCLELAND RD<br>SAINT CLOUD, MN 56395 | FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS, SD 57104 |
| FORD CRED<br>PO BOX BOX 542000<br>OMAHA, NE 68154 | GC SERVICES<br>6330 GULFTON<br>HOUSTON, TX 77081 | GEMB/JCP<br>PO BOX 984100<br>EL PASO, TX 79998 |
| HOMEQ<br>PO BOX 997126<br>SACRAMENTO, CA 95899 | HOUSEHOLD BANK<br>PO BOX 17051<br>BALTIMORE MD 21297-1051 | HSBC NV<br>1441 SCHILLING PL<br>SALINAS, CA 93901 |
| HSBC/MS<br>PO BOX 9068<br>BRANDON, FL 33509 | LANE BRYANT RETAIL<br>PO BOX 182121<br>COLUMBUS, OH 43218 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 06152<br>CHICAGO, IL 60606-0152 |

| | | |
|---|---|---|
| LVNV FUNDING<br>PO BOX 740281<br>HOUSTON, TX 77274 | MIDLAND FINANCE CO<br>7541 N WESTERN AVE<br>CHICAGO, IL 60645 | MONTGOMERY<br>WARDS/MBGA<br>P O BOX 103051<br>ROSWELL, GA 30076 |
| MRSI<br>2200 E DEVON AVE STE 288<br>DES PLAINES, IL 60018 | MWARD/MBGA<br>PO BOX 981400<br>EL PASO, TX 79998 | NORTHLAND GROUP<br>PO BOX 390846<br>EDINA, MN 55439 |
| PALISADES COLLECTION LLC<br>210 SYLVAN AVE<br>ENGLEWOOD CLIF, NJ 07632 | PEOPLES ENERGY<br>130 E RANDOLPH<br>CHICAGO, IL 60601 | THE UNIVERSITY OF<br>CHICAGO HOSPITALS<br>PO BOX 70565<br>CHICAGO, IL 60673-0565 |
| THE UNIVERSITY OF CHICAGO<br>PHYSICIANS GROUP<br>PO BOX 75307<br>CHICAGO, IL 60675 | WACHOVIA MORTGAGE CORP<br>PO BOX 29544<br>RALEIGH, NC 27626 | WASHINGTON MUTUAL<br>FA<br>PO BOX 1093<br>NORTHRIDGE, CA 91328 |
| WFNNB/LANE BRYANT<br>4590 E BROAD ST<br>COLUMBUS, OH 43213 | WFNNB/NEW YORK & COMPA<br>220 W SCHROCK RD<br>WESTERVILLE, OH 43081 | |