IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bluford, Michelle | Case Number: 05 B 50912 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/14/08 | Filed: 10/12/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: October 8, 2008
Confirmed: December 8, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,050.17 | |
| Secured: | | 865.03 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,970.08 |
| Trustee Fee: | | 215.06 |
| Other Funds: | | 0.00 |
| Totals: | 4,050.17 | 4,050.17 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Steven A Leahy | Administrative | 3,670.64 | 2,970.08 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual Bank FA | Secured | 6,682.16 | 760.03 |
| 5. | Illinois Title Loans | Secured | 1,046.78 | 105.00 |
| 6. | Peoples Energy Corp | Unsecured | 214.70 | 0.00 |
| 7. | Illinois Title Loans | Unsecured | 9.14 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 29.00 | 0.00 |
| 9. | Palisades Collection LLC | Unsecured | 29.85 | 0.00 |
| 10. | Charming Shoppes-Fashion Bug | Unsecured | 11.86 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 14.64 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 49.60 | 0.00 |
| 13. | Palisades Collection LLC | Unsecured | 13.82 | 0.00 |
| 14. | Capital One | Unsecured | 128.74 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 81.59 | 0.00 |
| 16. | Cook County Treasurer | Secured | | No Claim Filed |
| 17. | Cook County Treasurer | Unsecured | | No Claim Filed |
| 18. | Baron's Creditor Svc | Unsecured | | No Claim Filed |
| 19. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 20. | Capital One | Unsecured | | No Claim Filed |
| 21. | Christ Hospital | Unsecured | | No Claim Filed |
| 22. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 23. | Collection Company Of America | Unsecured | | No Claim Filed |
| 24. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 25. | GEMB | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Bluford, Michelle | Case Number: 05 B 50912 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 10/14/08 | Filed: 10/12/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Diversified Adjustment Service | Unsecured | | No Claim Filed |
| 27. | Christ Hospital | Unsecured | | No Claim Filed |
| 28. | MRSI | Unsecured | | No Claim Filed |
| 29. | Household | Unsecured | | No Claim Filed |
| 30. | Lane Bryant | Unsecured | | No Claim Filed |
| 31. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 32. | MRSI | Unsecured | | No Claim Filed |
| 33. | MBGA/JC Penney | Unsecured | | No Claim Filed |
| 34. | Northland Group Inc | Unsecured | | No Claim Filed |
| 35. | University of Chicago | Unsecured | | No Claim Filed |
| 36. | University of Chicago | Unsecured | | No Claim Filed |
| 37. | Advocate Bethany Hospital | Unsecured | | No Claim Filed |
| 38. | Allied Interstate | Unsecured | | No Claim Filed |
| 39. | Palisades Collection LLC | Unsecured | | No Claim Filed |

$ 11,982.52            $ 3,835.11

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 67.37 |
| 5% | 24.50 |
| 4.8% | 23.22 |
| 5.4% | 99.97 |

$ 215.06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

